UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | 2:11-mj-378-RJJ-RJJ |
| vs. | ) | |
| KYLE BLAYLOCK, | ) | O R D E R |
| Defendant, | ) | |

This matter is before Court on a Stipulation to Continue Trial (#21) and Stipulation to Continue Trial (#22).

The Court having reviewed the Stipulations (#21 and #22) finds that the Stipulation to Continue Trial (#21) is moot based on the filing of the Stipulation to Continue Trial (#22). Good cause appearing therefore,

IT IS HEREBY ORDERED that the Stipulation to Continue Trial (#21) is **DENIED AS MOOT.**

IT IS FURTHER ORDERED that the Stipulation to Continue Trial (#22) is **DENIED.** The trial and motion hearing in this case shall proceed as scheduled.

DATED this __23d__ day of January, 2012.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge